**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14cr15-KKD |
| | ) | |
| KESHIA LANIER | ) | |

**ORDER OF RESTITUTION and FORFEITURE**

The United States of America gave notice to the defendant, Keshia Lanier, in the Superseding Indictment that it would seek the forfeiture of any and all property, real or personal, constituting or derived from proceeds as a result of the commission of the offenses in violation of 18 U.S.C. §§ 1029, 1341 and 1343; and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of 18 U.S.C. § 1029. (Doc. 18). At sentencing, defense counsel briefly argued that the Court was not authorized to order restitution and forfeiture under the circumstances of this case. The parties were given the opportunity to brief the issue and did so. (Docs. 454 and 456).

Defendant argues, in sum, that under *Blakey v. Washington,* 542 U.S. 296 (2004), the court is prohibited from determining the amount of forfeiture and restitution because it is a fact that increased the sentence and was not based on a jury verdict or admitted by the defendant. However, as pointed out by the government, this issue has been decided by the Eleventh Circuit. See, *United States v. Williams,* 445 F.3d 1302, 1309 (11th Cir.2006), *abrogated on other grounds by United States v. Lewis,* 492 F.3d 1219 (11th Cir.2007)(*"Booker* does not apply to restitution orders… because restitution orders are authorized by the MVRA, a statute unaffected by *Booker".)* According, the court finds that appropriate restitution is $5,811,406.00.

1

As to forfeiture, the government's motion is due to be granted. *See, United States v. Hernandez*, No. 15-11202, 2015 WL 6118332 (11th Cir. Oct. 19, 2015).[1]

**IT IS HEREBY ORDERED THAT** the government's motion for an order of forfeiture (Doc. 460) is **GRANTED** as follows:

1. As a result of the guilty plea on Count 18 of the Superseding Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds of the commission of the offenses in violation of 18 U.S.C. § 1343.

2. The Court hereby finds that defendant obtained at least $5,811,406.00 in proceeds from Wire Fraud, to which she pled guilty.

3. It is further ordered that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $5,811,406.00.

4. If any of the funds in the amount of $5,811,406.00, as a result of any act or omission on the part of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) have been transferred or sold to, or deposited with, a third party;

    (c) have been placed beyond the jurisdiction of the Court;

    (d) have been substantially diminished in value, or

    (e) have been commingled with other property which cannot be subdivided without difficulty,

---

[1] The Court notes that in her plea agreement, Lanier "waived any constitutional challenges to the forfeiture." (Doc. 239 at 6).

the United States is entitled to substitute property, real or personal, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to satisfy the $5,811,406.00 money judgment.

5. Upon the entry of this Order, the United States Attorney General is authorized to conduct any discovery proper in identifying, locating or disposing of all property subject to forfeiture, in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

6. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

7. **IT IS FURTHER ORDERED** that the Clerk of the Court shall note entry of this Order in writing on the Judgment in a Criminal Case and forward a certified copy of this Order to the United States Attorney's Office.

**DONE** and **ORDERED** this **21st** day of **October 2015**.

                                                s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**