AO 245B (Rev. 09/11) Judgment in a Criminal Case
v1 Sheet 2 — Imprisonment

Judgment Page: 2 of 6

DEFENDANT: KESHIA LANIER
CASE NUMBER: 3:14cr015-07-KKD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

180 Months. This sentence consists of 156 months as to Count 18 and 24 months as to Count 74 to be served consecutively.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where mental health and substance abuse treatment are available. The Court recommends that defendant be designated to a facility as close as possible to Phenix City, AL.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _12.15.15_ to _FCI Aliceville_

a _____, with a certified copy of this judgment.

_For A. Washington-Adducci_
UNITED STATES MARSHAL

By _C. Jo_
DEPUTY UNITED STATES MARSHAL

RETURNED AND FILED

APR

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.