IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14cr15-KKD |
| | ) | |
| KESHIA LANIER | ) | |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on October 21, 2015, this Court entered an Order of Restitution and Forfeiture against defendant Keshia Lanier in the amount of $5,811,406.00 (Doc. 461);

**WHEREAS**, on January 15, 2016, this Court entered an Order forfeiting the following real property as a substitute asset in partial satisfaction of the defendant's forfeiture money judgment:

> 67 Mathis Road, Seale, Alabama 36875, Section 31 TWN 16N RNG 29E; Recorded in Russell County on 03/18/2008, Book 1103, pages 250-251: Parcel No. 09 09 31 00 000 051.012; Lot-8 Silver Acres. (Doc. 490);

**WHEREAS**, on February 1, 2016, notice of this forfeiture action was served certified mail on Jimmy Ball, Jr. (Doc. 493);

**WHEREAS**, the United States published notice of this forfeiture action on an official government internet site (www.forfeiture.gov) notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property in accordance with the law. (Doc. 496); and,

**WHEREAS**, no petitions of interest have been filed claiming ownership and right of possession to the forfeited property and the time for filing petitions of interest has expired.

Therefore, any and all third party interests are barred by failure of those parties to file a timely petition.

**IT IS HEREBY ORDERED** that the United States' Motion for a Final Order of Forfeiture is GRANTED as follows:

1. The following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure:

> 67 Mathis Road, Seale, Alabama 36875, Section 31 TWN 16N RNG 29E; Recorded in Russell County on 03/18/2008, Book 1103, pages 250-251: Parcel No. 09 09 31 00 000 051.012; Lot-8 Silver Acres.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

6. The Clerk of the Court shall forward a certified copy of this Final Order of Forfeiture to the United States Attorney's Office.

**DONE** and **ORDERED** this **12th** day of **May 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**